FILED
CHARLOTTE, NC

JAN 20 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>PATRICK JAMISON SHINE )<br>)<br>) | Docket No. 3:21cr11-RJC<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br>18 U.S.C. § 922 |

### THE GRAND JURY CHARGES:

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)

On or about October 29, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**PATRICK JAMISON SHINE,**

knowing that he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms and ammunition, in and affecting commerce, that is, a Springfield, Model XD firearm, and Winchester-45 AUTO, .45 caliber bullets, all in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

<u>Seized during the investigation on or about October 29, 2020</u>
- One (1) Springfield, Model XD firearm; and
- Six (6) Winchester-45 AUTO, .45 caliber bullets.

A TRUE BILL:

_____
FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
SANJEEV BHASKER
ASSISTANT UNITED STATES ATTORNEY